NUMBER 13-10-00467-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE BSC EQUIPMENT COMPANY

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Justices Rodriguez, Benavides, and
Vela

Per Curiam
Memorandum Opinion [1]

            Relator,
BSC Equipment Company, filed a petition for writ of mandamus in the above cause
on August 18, 2010.  The Court requested that the real party in interest file a
response to the petition; however, on October 8, 2010, the parties filed a
“Joint Motion to Abate Petition for Writ of Mandamus” on grounds that they have
settled and compromised their differences.  The Court granted the “Joint Motion
to Abate Petition for Writ of Mandamus” and abated this cause.  

Relator has now filed a “Motion to Dismiss”
this original proceeding because the parties have compromised and settled their
differences.  The Court, having examined and fully considered “Relator’s Motion
to Dismiss,” is of the opinion that the motion should be granted.  Accordingly,
the Court REINSTATES this cause, GRANTS “Relator’s Motion to Dismiss,” and DISMISSES
this cause as moot without reference to the merits thereof.  Pending motions,
if any, are likewise DISMISSED as moot.  See Tex. R. App. P. 52.8(a).

            IT IS
SO ORDERED. 

 

                                                                                                PER
CURIAM

 

 

Delivered and filed the

30th day of November, 2010.

                                                

 

                                                                                                

 









[1] See
Tex. R. App. P. 52.8(d) (“When
denying relief, the court may hand down an opinion but is not required to do
so.”); Tex. R. App. P. 47.4
(distinguishing opinions and memorandum opinions).